IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNE HOLLAND VENTURES, INC.,

        Plaintiff,

  v.

DEBORAH BETH KIRSCH, ET AL.,

        Defendants.

No. C 12-02454 RS

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

    Plaintiff, a Rhode Island citizen, filed this action in Santa Clara Superior Court asserting claims for breach of contract and common counts against a number of California citizens. Defendant Deborah Beth Kirsch removed the case, contending that federal jurisdiction exists on the basis of diversity of citizenship. Plaintiff now moves to remand pursuant to the "no local defendant rule" set forth in 28 U.S.C. § 1441(b). This rule precludes removal based on diversity jurisdiction where any defendant is a citizen of the state in which the action was brought. 28 U.S.C. § 1441(b); *Spencer v. U.S. Dist. Ct. N.D. Cal. (Altec Indus., Inc.)*, 393 F.3d 867, 870 (9th Cir. 2004) ("[Diversity actions] shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."). Here, Kirsch's notice of removal acknowledges that she is a California citizen. *See* Dkt. No. 1 at 2 ("All Defendants are citizens of California."). Accordingly, plaintiff's motion to remand is granted.

IT IS SO ORDERED.

Dated: 6/1/12

                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE

No. C
ORDER